IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | CV 12-00187 SOM-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GLORIA TAN , | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 31, 2013, and served on all parties on June 3, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment or, in the Alternative, Summary Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 20, 2013.



　　　　　　　　　　　　　　/s/ Susan Oki Mollway
　　　　　　　　　　　　　　Susan Oki Mollway
　　　　　　　　　　　　　　Chief United States District Judge

State Farm Fire & Casualty Company v. Tan, CV 12-00187 SOM-KSC; Order Adopting Magistrate Judge's Findings and Recommendation

2